PROBATION FORM NO. 35
(1/82)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Stacy Elliott Strickland, Sr.

Crim #:    3:01CR00097(RNC)

Re: Early Termination of Supervision

On March 12, 2004, the above named was placed on SUPERVISED RELEASE for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Otto Rothi
U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 20 day of March, 2006.

The Honorable Robert N. Chatigny
Chief United States District Court Judge